# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

150364(114)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

HELEN YONO,
            Plaintiff-Appellee,

v

SC: 150364
COA: 308968
Ct of Claims: 11-000117-MD

DEPARTMENT OF TRANSPORTATION,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Michigan Municipal League and the Michigan Townships Association for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 5, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015

